**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 08-7113**

─────────────

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

TYRONE SMITH,

            Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   James C. Turk, Senior District Judge.  (7:01-cr-00092-jct-1)

─────────────

Submitted:  May 21, 2009              Decided:  May 26, 2009

─────────────

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Tyrone Smith, Appellant Pro Se.  Jean Barrett Hudson, Assistant United States Attorney, Charlottesville, Virginia, Craig Jon Jacobsen, I, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Smith appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. United States v. Smith, No. 7:01-cr-00092-jct-1 (W.D. Va. June 24, 2008). See United States v. Hood, 556 F.3d 226 (4th Cir. 2009). We deny Smith's motion to consolidate and appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED